**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Anthony GRANT,**
**Defendant–Appellant.**

**No. 10–11277**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 20, 2010.

Knoche, Frederick Kramer, III, Brian T. Rafferty, R. Brian Tanner, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Steven Louis Beauvais, Zipperer Lorberbaum & Beauvais, P.C., Michael Anthony Grant, Savannah, GA, Jeffrey R. Sliz, Lawrenceville, GA, for Defendant–Appellant.

Before TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

Steven L. Beauvais, appointed counsel for Michael Anthony Grant in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Grant's conviction and sentence are **AFFIRMED.**